AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James Dewayne Sanlin<br>*Plaintiff*<br>v.<br>Cherokee County Detention Center, Sheriff Muller, Major Anderson, Captain Wells,<br>*Defendant* | Civil Action No.    9:20-cv-00296-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, James Dewayne Sanlin, shall take nothing of Defendants, Cherokee County Detention Center, Sheriff Muller, Major Anderson, Captain Wells, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B Seymour, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date:   May 29, 2020                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                            s/H.Cornwell

                                                                                *Signature of Clerk or Deputy Clerk*